# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1591
LT Case No. 16-2022-CF-5749-A

_____

SIOTTIS JAMAL JACKSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville, for Petitioner.

No Appearance for Respondent.

June 27, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 19, 2024 order denying defendant's Florida Rule of Criminal Procedure 3.850 motion rendered in Case No. 16-2022-CF-5749-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____